UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MILLER,

                              Plaintiff,

              -v -                                            22-CV-1143 (JPO)

MATTHEW MARKS GALLERY, LLC.,                                 ORDER
                              Defendant.

J. PAUL OETKEN, District Judge:

        This action was filed on February 9, 2022.  (*See* Dkt. No. 1.)  The docket does not

indicate that Plaintiff has served Matthew Marks Gallery, LLC.  Rule 4(m) of the Federal Rules

of Civil Procedure requires a defendant to be served with the summons and complaint within

ninety days after the complaint is filed.

        Plaintiff is directed to advise the Court in writing why he has failed to serve the summons

and complaint on Defendant within the ninety-day period, or, if Defendant has been served,

when and in what manner such service was made.  If no written communication is received by

August 24, 2022, showing good cause why such service was not made within ninety days, the

Court will dismiss the case.

        SO ORDERED.

Dated:  August 18, 2022
        New York, New York

                                        _____
                                             J. PAUL OETKEN
                                          United States District Judge