UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY MILLER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

MATTHEW MARKS GALLERY, LLC,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-1143

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MATTHEW MARKS GALLERY, LLC, with prejudice and without fees and costs.

Dated:  New York, New York
         October 28, 2022

                                              **GOTTLIEB & ASSOCIATES**

                                              */s/Michael A. LaBollita, Esq.*

                                              Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge